**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CANAL INSURANCE COMPANY,<br>    Plaintiff<br><br>v.<br><br>MARTINA BARADAS, the Estate of<br>MARIA MORENO, through its<br>Representative, Josefina Alvarez; JUANA<br>COSSIO, individually and as mother and<br>next friend of GABRIEL COSSIO, a minor,<br>    Defendants | :<br>:<br>:<br>:   1:05-CV-110 (WLS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Before the Court is Plaintiff Canal Insurance Company's Motion under 28 U.S.C. § 1651 to appoint Josefina Alvarez Temporary Administrator to Respond to Plaintiff's Interpleaver Action and Bring Any and All Actions For and Behalf of the Unrepresented Defendant Estate of Maria Moreno. (Doc. 11).   Plaintiff asks the Court pursuant to the All Writs' Statute, 28 U.S.C. § 1651 to appoint Defendant Josefina Alvarez administrator of the heretofore unrepresented Estate of Defendant Maria Moreno so as to be able to compel said estate to respond and file pleadings responsive to Plaintiff's interpleader in the instant action. *Id*.

The Court held a hearing on the instant motion on December 8, 2005, at which time the Court stayed the present action until February 1, 2006 or any date thereafter when those matters that are the subject of the instant motion, including, but not limited to, the appointment of administrator for the estate of Maria Moreno, are addressed independently of this Court or otherwise agreed to. Defendants requested that the Court's stay not apply to their third-party action against Zip's Hauling.  The Court permitted third-party defendants to file a motion to dismiss the third-party action and also to request that all matters be suspended pending said motion to dismiss.[1]   The Court also permitted the remaining parties to respond to third-party

---

[1] Third-party defendants filed a timely motion for judgment on the pleadings on December 13, 2005, in accordance with the five-day filing window the Court imposed at hearing.  (*See* Doc. 33).

1

defendants' request regarding the issue of suspension.

For the foregoing reasons, together with those announced in open court, Plaintiff's Motion to Appoint Josefina Alvarez Temporary Administrator of the Estate of Maria Moreno (Doc. 11) is **DENIED without PREJUDICE**.   All matters relating to the instant action except those third-party matters expressly authorized in this Order are **STAYED** until further order of this Court.

**SO ORDERED**, this  20th  day of December, 2005, *Nunc pro tunc* December 8, 2005.

                                            /s/W. Louis Sands
                                          **W. LOUIS SANDS, CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**