UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff. | * | |
| | * | |
| vs. | * | CIVIL CASE NO. |
| | * | 1:05-CV-110 (WLS) |
| MARTINA BARADAS; JUANA COSSIO | * | |
| Individually and as mother and next friend | * | |
| of GABRIELA COSSION, a minor; | * | |
| JOSEFINA ALVAREZ, individually and as | * | |
| Administratrix of the Estate of Maria | * | |
| Moreno; ELVIRA MORENO; JOSE | * | |
| MORENO; and VENANCIO MORENO, | * | |
| | * | |
| Defendants. | * | |

## AMENDED ORDER ON COMPLAINT FOR INTERPLEADER

After considering the Complaint for Interpleader filed by Plaintiff Canal Insurance

Company and the responses by the defendants, the Court

GRANTS the Complaint for Interpleader and ORDERS the following:

1.    Interpleader-Plaintiff Canal Insurance Company is discharged from this

lawsuit against the defendants.

2.    Interpleader-Plaintiff Canal Insurance Company is relieved of all claims by

the defendants.

3.    Defendants are forever enjoined from filing any proceeding against Canal

Insurance Company relating to the fund paid into the registry of the Court.

4.    The Clerk is authorized and directed to release funds from the Court Registry

in the amount of $10,000 (ten thousand and 00/100) payable to "Josefina Alvarez as

Administratrix of the Estate of Maria Moreno and Kenneth Ingram, Jr. & Associates, P.C."

(Tax ID Number 63-1196414) and also in the amount of $115,000.00 (one hundred fifteen

thousand and 00/100) payable to "Josefina Alvarez, Elvira Moreno, Jose Moreno, and

Venancio Moreno and Kenneth Ingram, Jr. & Associates, P.C." These amounts are to be forwarded forthwith to counsel for Josefina Alvarez, individually and Administratrix of the Estate of Maria Moreno, Elvira Moreno, Jose Moreno, and Venancio Moreno at Post Office Box 2319, Kennesaw, Georgia 30156.

     5.     The Clerk is further authorized and directed to release funds from the Court Registry in the amount of $860,000.00 (eight hundred sixty thousand and 00/100) payable to "Juana Cossio as parent and natural guardian of Gabriela Cossio, a minor, and Viles & Beckman, LLC" (Tax ID Number 202897116) and also in the amount of $15,000.00 (fifteen thousand and 00/100) payable to "Juana Cossio and Viles & Beckman, LLC." These amounts are to be forwarded forthwith to counsel for Juana Cossio, individually and as mother and next friend of Gabriela Cossio, a minor, at 6350 Presidential Court, Suite A, Fort Myers, Florida 33919. Counsel for Defendant Juana Cossio, individually and as mother and next friend of Gabriela Cossio, a minor, is directed to pay any and all medical providers and lien holders entitled to compensation from these funds pursuant to Counsel's representations to and acknowledgments filed with this Court. Upon making said payments, Counsel is further directed to certify by affidavit filed with this Court that all medical providers and lien holders entitled to compensation from these funds have been fully paid.

     6.     If legal action is brought against Plaintiff Canal Insurance Company by a health care provider, health insurer or its/their assigns to recover any debt owed for medical care and treatment of Defendant Juana Cossio, individually and as mother and next friend of Gabriela Cossio, a minor, said Defendant and her Counsel shall be liable for indemnification to Plaintiff Canal Insurance Company for any amounts awarded in such legal action and all attorney's fees and litigation costs which Plaintiff Canal Insurance Company may incur as a result of such legal action.

7.      Plaintiff Canal Insurance Company and Zip's Hauling have Motions for Fees

and Expenses pending before the Court. The parties agree that any fees or expenses that may

be awarded by the Court shall be awarded from accrued interest on the one million being

dispersed by this Order. Accordingly, all accrued interest will remain in the registry of the

Court until further Order.

SO ORDERED this __/0th__ day of __October__, 2006.

W. Louis Sands, Judge
United States District Court

Consent given by:
*Attorneys for Plaintiff:*
/s W. Earl McCall
W. Earl McCall
State Bar No. 481250

/s Alex J. Kaplan
State Bar No. 406776

*McCall, Phillips & Williams, LLC*
Post Office Box 71747
Albany, Georgia 31708-1747
(229) 888-2600

*Attorney for Defendants Moreno/Alvarez*
/s Leonard D. Brooks
Leonard D. Brooks
*Ingram Law Firm*
P.O. Box 1750
Alexander City, Alabama 35010
(256) 212-9700
State Bar No. 085121

*Attorneys for Defendant Cossio:*
/s Kelly K. Huang
(with express permission by William C. Harris)
*Viles & Beckman, P.A.*
Post Office Box 2486
Fort Myers, Florida 33901
State Bar No. 0158836
(Admitted to Practice Pro Hac Vice)

/s William C. Harris
*Harris & James, LLP*
P.O. Box 4866
Macon, Georgia 31208-4866
(478) 745-9661
State Bar No. 331667